No. A–1070. AERO MAYFLOWER TRANSIT CO., INC., ET AL. *v.* UNITED STATES ET AL. D. C. S. D. Ind. Application for extension of time in which to docket appeal presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–1096. BROWN ET AL. *v.* APODACA ET AL.; and

No. A–1097. NORVELL, ATTORNEY GENERAL OF NEW MEXICO *v.* APODACA. Sup. Ct. N. M. Applications for stay denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN are of the opinion that the applications should be granted. Reported below: 83 N. M. 663, 495 P. 2d 1379.

No. 71–110. GELBARD ET AL. *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, 404 U. S. 990.] Motion of petitioners for leave to file supplemental brief after argument granted.

No. 71–651. CALIFORNIA *v.* KRIVDA ET AL. [Certiorari granted, 405 U. S. 1039.] Motion of respondents for appointment of counsel granted. It is ordered that Roger S. Hanson, Esquire, of Woodland Hills, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondents in this case.

No. 71–685. LEHNHAUSEN, DIRECTOR, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS OF ILLINOIS *v.* LAKE SHORE AUTO PARTS CO. ET AL.; and

No. 71–691. BARRETT, COUNTY CLERK OF COOK COUNTY, ILLINOIS, ET AL. *v.* SHAPIRO ET AL. [Certiorari granted, 405 U. S. 1039.] Motion of petitioners to advance oral argument denied.

No. 71–1190. SUMMERS *v.* CENARRUSA, SECRETARY OF STATE OF IDAHO, ET AL. Appeal from D. C. Idaho. Motions to accelerate filing of briefs and to advance oral argument denied.